# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SM ENERGY COMPANY (including )<br>predecessors, successors and affiliates), )<br>ENERVEST ENERGY INSTITUTIONAL )<br>FUND XIII-A, L.P., ENERVEST ENERGY )<br>INSTITUTIONAL FUND XIII-WIB, L.P., )<br>ENERVEST ENERGY INSTITUTIONAL )<br>FUND XIII-WIC, L.P., ENERVEST )<br>OPERATING, L.L.C., and FOURPOINT )<br>ENERGY, LLC, )<br>)<br>Defendants. ) | Case No. CIV-011-177-D |

## CLASS REPRESENTATIVE'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND CASE CONTRIBUTION AWARD

Class Representative, Chieftain Royalty Company, individually and on behalf of the Settlement Class preliminarily certified by the Court's Order dated September 1, 2015 (Dkt. No. 115), and Nix, Patterson & Roach, LLP and Barnes & Lewis, LLP (collectively, "Class Counsel") respectfully file this Motion for Approval of Attorneys' Fees, Reimbursement of Litigation Expenses and Case Contribution Award, and hereby move this Court for entry of an Order approving:

1. Class Counsel's request for attorneys' fees;

2. Class Counsel's request for reimbursement of Litigation Expenses; and

3. Class Representative's request for a Case Contribution Award.

Class Representative and Class Counsel base this Motion on the Memorandum of Law in Support of this Motion and exhibits thereto, the Declaration of Bradley E. Beckworth and Robert N. Barnes on Behalf of Class Counsel and exhibits thereto, the applicable law, and all pleadings, declarations, and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein.

Accordingly, Class Representative and Class Counsel respectfully request the Court enter the Proposed Fee Order granting the relief listed above and grant any further relief to which the Court finds Class Representative and Class Counsel entitled.

Dated: October 26, 2015	Respectfully submitted,

/s/ *Bradley E. Beckworth*
Bradley E. Beckworth, OBA #19982
Jeffrey J. Angelovich, OBA #19981
Susan Whatley, OBA #30960
Lisa Baldwin
Texas Bar No. 24069334
**NIX PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
(903) 645-7333
(903) 645-4415 (facsimile)

Robert N. Barnes, OBA #537
Patranell Britten Lewis, OBA #12279
**BARNES & LEWIS, LLP**
720 NW 50th Street, Suite 200 B
Oklahoma City, OK 73118
Telephone: (405) 843-0363
Facsimile: (405) 843-0790
E-mail: rbarnes@barneslewis.com;
plewis@barneslewis.com

**CLASS COUNSEL AND ATTORNEYS FOR CLASS REPRESENTATIVE**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

Dated:  October 26, 2015.

>  */s/ Bradley E. Beckworth*
>  Bradley E. Beckworth