# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

CHIEFTAIN ROYALTY COMPANY, )
)
        Plaintiff, )
)
vs. )   Case No. CIV-11-177-D
)
SM ENERGY COMPANY, et al., )
)
        Defendants. )

## **O R D E R**

Before the Court are the Motions for Admission *Pro Hac Vice* of John W. Davis [Doc. No. 126] and Charles Benjamin Nutley [Doc. No. 143]. The Settling Parties oppose the motions and allege Messrs. Davis and Nutley are part of a cartel of professional objectors who file vexatious and frivolous objections to stall class settlements in exchange for payoffs [Doc. Nos. 128-129]. The Court has reviewed the parties' submissions and finds the asserted grounds are insufficient to deny *pro hac vice* admission at this time. If the Court becomes convinced counsel are filing frivolous papers or are attempting to otherwise disrupt these proceedings, their *pro hac vice* status will be revoked. *See Lasar v. Ford Motor Co.*, 399 F.3d 1101, 1118 (9th Cir. 2005) ("[a] district court's revocation of [counsel's] *pro hac vice* status falls within 'the scope of the inherent power of the federal courts' because 'a federal court has the power to control admission to its bar and to discipline attorneys who appear

before it.'") (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). The Court further directs that all papers submitted by counsel shall be signed by both Mr. Charles Battle as well as Messrs. Davis and Nutley.

Accordingly, the Motions for Admission *Pro Hac Vice* of John W. Davis [Doc. No. 126] and Charles Benjamin Nutley [Doc. No. 143] are **GRANTED** as set forth herein, provided counsel files an entry of appearance, consistent with LCvR 83.4, and submits his ECF registration form.

IT IS SO ORDERED this 25th day of November, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE