# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY,            )<br>                                                                )<br>                          Plaintiff,            )<br>                                                                )<br>v.                                                             )   Case No. CIV-11-177-D<br>                                                                )<br>SM ENERGY COMPANY, et al.,             )<br>                                                                )<br>                          Defendants.        ) | |

## ORDER DIRECTING RELEASE OF FUTURE LITIGATION EXPENSES

Upon review of Class Representative and Class Counsel's Application for Order Directing Release of Future Litigation Expenses [Doc. No. 255], the Court finds the expenditures at issue were reasonable and necessary and the application should be **GRANTED**. The amount of **$14,484.51** shall be released from the Net Settlement Fund held in the Escrow Account to Class Counsel as reimbursement of reasonable and necessary litigation expenses incurred to date.

**IT IS SO ORDERED** this 8th day of December 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE